IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PATSY ANN KINSTLEY**                                                            **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 5:14-cv-00005-DCB-MTP**

**DOLLAR TREE STORES, INC.**                                 **DEFENDANT**

<u>**ORDER GRANTING JOINT MOTION TO DISMISS PUNITIVE DAMAGES**</u>

    This matter is before the Court on Plaintiff's and Defendant's Joint Motion to Dismiss Punitive Damages. Having reviewed the Pleadings and Motion, the Court finds the Motion is well founded and GRANTS the Joint Motion to Dismiss Punitive Damages, dismissing, with prejudice, all allegations of and request for punitive damages in the above captioned matter.

    SO ORDERED this <u>20th</u> of January 2015.

                                                                             <u>s/David Bramlette</u>
                                                                             UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:         **DOLLAR TREE STORES, INC.,** *Defendant*

                                           By: <u>*s/Michael J. Tarleton*</u>
                                           Michael J. Tarleton (MSB # 101812)

                                           **PATSY ANN KINTSLEY,** *Plaintiff*

                                           By: <u>*s/ Cody W. Gibson*</u>
                                           Cody W. Gibson (MSB # 103967)